UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA LEMKE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 17-cv-06337 |
| v. ) | |
| ) | Hon. Thomas M. Durkin |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C. ) | |
| ) | Magistrate Judge Mary Rowland |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: November 2, 2017

                                                Respectfully submitted,

                                                /s/ *Celetha Chatman*
                                                Celetha C. Chatman

Michael Wood
Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

**CERTIFICATE OF SERVICE**

I, Celetha C. Chatman, an attorney, certify that I shall cause to be served a copy of the **Notice of Settlement** upon the following individual(s), as indicated below, this day of November 2, 2017 along with a certified copy of the notice entered in the case referenced above:

| | |
|---|---|
| \_\_\_ CM/ECF<br>\_\_\_ Facsimile<br>\_\_\_ Federal Express<br>\_\_\_ UPS<br>\_\_X\_ USPS Mail<br>\_\_\_ Messenger<br>\_\_ Email | Portfolio Recovery Associates, LLC<br>Karen Mayfield-Jones<br>Litigation Counsel<br>Office of General Counsel<br>140 Corporate Boulevard<br>Norfolk, VA 23502<br>757-266- 7069 (Direct Dial)<br>757-519-9300 Ext. 13288 (phone)<br>757-321-2518 (fax)<br>kamjones@pragroup.com |

By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com