## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Laura Lemke
                                                      Plaintiff,

v.                                                                                             Case No.: 1:17−cv−06337
                                                                                                 Honorable Thomas M. Durkin

Portfolio Recovery Assoicates, L.L.C.
                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to notice of voluntary dismissal, this action is hereby dismissed with prejudice. The 11/7/2017 status date is vacated.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.